UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

***ELECTRONICALLY FILED***

| | |
|---|---|
| KENNETH RYAN ANTHONY | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 3-14-CV-327-H |
| | ) |
| COMMONWEALTH OF KENTUCKY et. al | ) |
| | ) |
| Defendants. | ) |

## ANSWER FOR DEFENDANT TROOPER BRANDON BROOKS

For his answer to the complaint, Defendant Trooper Brandon Brooks (Trooper Brooks) submits his answers and states as follows:

1. In response to the allegations made in paragraph 1, Defendant admits this is a damages action against the Commonwealth of Kentucky d/b/a Kentucky State Police and police officers. Defendant further admits he is a sworn police officer with the Kentucky State Police. Defendant denies any and all allegations that allege or imply any wrongdoing on his part in any capacity. He further denies that he is a proper party to this lawsuit.

2. Defendant admits the allegations made in paragraph's 2 through 4 only to the extent that they state the applicable law. He denies the allegations as far as they imply any wrongdoing on his part.

3. In response to the allegations in paragraph 5, Defendant states that the state court records will speak for themself. He further states that he does not have sufficient information to admit or deny the remaining allegations found in this paragraph.

4. Defendant admits the allegations in paragraphs 6 through 11.

5. Defendant admits the allegations in paragraph 12.

6. In response to the allegations in paragraph 13, Defendant admits Plaintiff was the passenger in a vehicle that was stopped by police officers on Kentucky Highway 313. Defendant admits their vehicle was stopped at a checkpoint, but Defendant denies it was a "DUI checkpoint." Defendant further admits Plaintiff was instructed to exit the vehicle. Defendant has insufficient information to either admit or deny all other allegations in paragraph 13 as he was not present when the alleged events took place.

7. Defendant denies all allegations made in paragraphs 14 through 29 as far as they allege or imply any wrongdoing on his part. He further states that he has insufficient information to deny or admit allegations as they pertain to other involved Troopers because he was not present at the time of the arrest of the Plaintiff.

## DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.
2. Plaintiff's claims are barred by sovereign immunity, governmental immunity, qualified official immunity and qualified discretionary immunity.
3. Plaintiff has failed to mitigate his damages, if any.
4. Plaintiff's claims are barred in whole or in part by his own conduct.

5. Plaintiff's claims are barred in whole or in part by the doctrine of election of remedies.

6. Plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

7. The Complaint fails to state a valid claim for punitive damages.

8. Plaintiff's claims are barred in whole or in part by the doctrine of laches, waiver, and estoppel.

9. Plaintiff's damages, if any, are attributable in whole or in part to the acts and/or omissions of third persons over which Defendant had no control or ability to control.

10. Plaintiff had failed to join a necessary party or parties.

11. Defendant incorporates by reference each and every affirmative defense available under the applicable rules of civil procedure.

12. Defendant reserves the right to amend this Answer to assert additional affirmative defenses.

WHEREFORE having answered, Defendant prays as follows:

a. For dismissal of the Complaint, with prejudice;

b. For trial by jury;

c. For his costs and attorney fees incurred herein; and

d. For any and all other relief at law or in equity to which he may appear entitled.

Respectfully Submitted,

__s/ Jonathan Tyler Adkins
Jonathan Tyler Adkins
The Adkins Firm, PLLC
80 Codell Dr., Suite 240
Lexington, KY 40509
(859) 223-5467
tyler@theadkinsfirm.com

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on May 21, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will serve an electronic copy on the following counsel of record: Hon. Thomas E. Clay, Hon. Garry R. Adams and Hon. Andrew Lay.

____s/ Jonathan Tyler Adkins__
Counsel for Defendant