*ELECTRONICALLY FILED*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**CIVIL ACTION NO. 3-14-CV-327-H**

| | |
|---|---|
| KENNETH RYAN ANTHONY | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| VS. | ) |
| | ) |
| COMMONWEALTH OF KENTUCKY | ) |
| d/b/a Kentucky State Police | ) |
| | ) |
| TROOPER BRANDON BROOKS | ) |
| | ) |
| TROOPER BRYAN WASHER | ) |
| | ) |
| TROOPER MIKE GARYANTES | ) |
| | ) |
| TROOPER HARDIN | ) |
| | ) |
| SERGEANT JEFFREY JENKINS | ) |
| | ) |
| DEFENDANTS | ) |

## NOTICE OF FILING VOLUNTARY DISMISSAL

\* \* \* \* \* \*

Please take notice that Plaintiff, Kenneth Ryan Anthony, attaches hereto his Voluntary Dismissal for filing in the above-styled action.

    Respectfully,

    /s/Thomas E. Clay
    THOMAS E. CLAY, P.S.C.
    CLAY DANIEL WALTON & ADAMS, PLC
    462 S. Fourth Street, Suite 101
    Louisville, KY 40202
    (502) 561-2005
    Counsel for Defendant

## **CERTIFICATE OF SERVICE**

It is hereby certified that on the 10th day of June, 2014, a copy of the foregoing Notice of Filing Voluntary Dismissal was filed electronically with the Clerk of the Court using the CM/ECF System which will send a note of electronic filing to all registered counsel.

          /s/ Thomas E. Clay, P.S.C.