*ELECTRONICALLY FILED*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**CIVIL ACTION NO.  3-14-CV-327-H**

| | |
|---|---|
| KENNETH RYAN ANTHONY | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| VS. | ) |
| | ) |
| COMMONWEALTH OF KENTUCKY | ) |
| d/b/a Kentucky State Police | ) |
| | ) |
| TROOPER BRANDON BROOKS | ) |
| | ) |
| TROOPER BRYAN WASHER | ) |
| | ) |
| TROOPER MIKE GARYANTES | ) |
| | ) |
| TROOPER HARDIN | ) |
| | ) |
| SERGEANT JEFFREY JENKINS | ) |
| | ) |
| DEFENDANTS | ) |

## **VOLUNTARY DISMISSAL**

Comes the Plaintiff, Kenneth Ryan Anthony, and pursuant to FRCP 41(a)(1)(a) hereby voluntarily dismisses its claims against the Commonwealth of Kentucky.  Said dismissal shall have no effect on the remaining claims against the other Defendant Troopers.  Said dismissal shall be without prejudice.

Respectfully submitted,

/s/ Thomas E. Clay, P.S.C.
THOMAS E. CLAY, P.S.C.
GARRY R. ADAMS
ANDREW LAY
CLAY DANIEL WALTON & ADAMS PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, Kentucky 40202
(502) 561-2005
tclay@tclaylaw.com
pete@justiceky.com
garry@justiceky.com
(502) 561-2005

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10th, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered participants.

/s/ Thomas E. Clay, P.S.C.