UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
3:14-CV-00327-JGH

*Electronically filed*

**KENNETH RYAN ANTHONY**　　　　　　　　　　　　　　　　**PLAINTIFF**

**VS**　　　　　　　　　　　　　　　　**CIVIL ACTION NO. 3:14CV-327-H**

**BRANDON BROOKS, et al.**　　　　　　　　　　　　　　　　**DEFENDANT(S)**

DEFENDANTS' PROPOSED
LITIGATION PLAN AND DISCOVERY SCHEDULE
OUTLINE

The Defendants have conferred and agree as follows:

**BRIEFLY DESCRIBE CLAIMS:** Plaintiff's claims are stated in Plaintiff's Complaint, but include: search and seizure, assault and battery, negligence, failure to train and otherwise, generally allege civil rights violations under 42 U.S. Code §1983.

**THE PARTIES BELIEVE THAT A SCHEDULING CONFERENCE WOULD BE HELPFUL NOW IN THIS CASE:**　　Yes　 X 　　No ____

　　**IF YES, for what reason for the conference:** Plaintiff's counsel, Thomas E. Clay, Esq., has made an overture that he may withdraw as Plaintiff's counsel in this matter.

**PRE-DISCOVERY DISCLOSURES** (Fed.R.Civ.P.26(a)(I) by: December 12, 2014
This disclosure includes any document or item which may be an exhibit at trial, except those which are created for use at trial.

**PRELIMINARY DISCOVERY** on the issues of liability shall be completed by June 19, 2015.

**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:** Defendants request to exceed the allowable number of Interrogatories under F.R.C.P. 33(a)(1) to forty (40).

**IDENTIFY EXPERTS AND COMPLIANCE** with Fed.R.Civ.P. 26(a)(2):

from Plaintiff(s) by: April 10, 2015.
from Defendant(s) by: May 22, 2015.


**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS**
shall be due by: January 2, 2015.


**OTHER MISCELLANEOUS MATTERS:** (any additions): *Daubert* motions and motions regarding qualified immunity shall be filed by July 24, 2015.


**ALL DISCOVERY** shall be completed by: June 26, 2015.


**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(E) WITHIN A REASONABLE TIME BUT NO LATER THAN:** 30 days after disclosure.


**DISPOSITIVE MOTIONS** shall be filed by July 31, 2015.


**THE PARTIES WOULD LIKE SETTLEMENT CONFERENCE:** Month/Year   N/A.


**PRE-TRIAL CONFERENCE:** Month/Year: September, 2015.

The parties categorized this case as:

    Complex  _____          (Ready for trial within 2 years)

    Simple  _X_            (Ready for trial in less than one year)

    Other  _____           (Explain)

**THIS CASE SHOULD BE READY FOR TRIAL** by: November, 2015

**THE PARTIES WOULD LIKE FOR THE COURT TO SET A TRIAL DATE NOW:**

Yes __X__        No _____

**ANTICIPATED LENGTH OF TRIAL:** 4 – 5 Days

JURY TRIAL REQUEST:    Yes __X__    No _____

    AGREED TO BY: **Defendants, only.**

| N/A | /s/ Jason S. Morgan |
|---|---|
| Counsel for Plaintiff(s) | Counsel for Defendant(s) |
| N/A | /s/ Jonathan Tyler Adkins |
| Counsel for Plaintiff (s) | Counsel for Defendant(s) |
| | /s/ Matt Feltner |
| | Counsel for Defendant(s) |
| | /s/ Matthew J. Johnson |
| | Counsel for Defendant(s) |

Date: October 21, 2014