UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3-14-cv-327-H

***ELECTRONICALLY FILED***

KENNETH RYAN ANTHONY )
    Plaintiff, )
     )
vs. )
     )
SERGEANT JEFFREY JENKINS, et al. )
    Defendants. )
     )

\* \* \* \* \* \* \*

RULE 26(A)(I) DISCLOSURES
OF DEFENDANTS TROOPER BRANDON BROOKS
AND SERGEANT JEFFREY JENKINS

\* \* \* \* \* \* \*

**A. Persons likely to have discoverable information that Defendants may use to support defenses:**

1. All named parties to this action.

2. All persons disclosed by other parties to this action.

3. All persons named, identified or listed in criminal case 13-F-00287 in Hardin District Court in Hardin County, KY.

4. All Kentucky prosecuting officials with knowledge of the investigation and prosecution.

All such identified persons named in paragraphs 1-4, supra, will testify as their knowledge of the underlying criminal investigation and prosecution of plaintiff.

5. All persons who testified in Plaintiff's criminal proceedings.

6. Plaintiff's criminal trial defense counsel.

7. Any and all employees of the Henderson County Detention Center who had interaction with plaintiff following his arrest.

8. Defendants reserve the right to identify additional witnesses who may testify as to matters that may arise or be deemed relevant on the merits, for impeachment or for purposes of FRE 404(b) following Plaintiff's deposition in this matter.

**B. Description of documents and things that Defendants may use to support defenses:**

1. All documentary, audio, video and physical evidence included within the Kentucky State Police Investigation, to include, but not limited to, all witness statements/recordings, physical evidence, laboratory reports, phone records, citations, records and recordings, photographs or other video/pictorial evidence.

2. Any and all records of the Hardin County Detention Center reflecting Plaintiff's booking and arrest.

3. Any and all Kentucky AOC records from the Hardin District Court concerning Plaintiff's criminal prosecution to include all motions, trial testimony and exhibits.

4. All documents/tangible items identified by other parties to this action.

/s/ Jonathan Tyler Adkins
Jonathan Tyler Adkins
The Adkins Firm, PLLC
300 W. Vine St., Suite 814
Lexington, KY 40507
Ph: (859) 223-5467
*tyler@theadkinsfirm.com*
Counsel for Defendants Trooper Brandon
Brooks and Sergeant Jeffrey Jenkins

CERTIFICATE OF SERVICE

       I hereby certify that on December 11, 2014, I served a copy of the foregoing on the following counsel at their listed ECF email addresses: Hon. Thomas Clay, Hon. Travis B. Lock, Hon. Michael Lee, Hon. Jason S. Morgan, Hon. Matthew J. Johnson, Hon. Stephen G. Amato, and Hon. Christian Matthew Feltner.

                                                  /s/ Jonathan Tyler Adkins
                                                  Counsel for Defendants Brooks and Jenkins