*ELECTRONICALLY FILED*
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
**CIVIL ACTION NO. 3-14-CV-327-H**

| | |
|---|---|
| KENNETH RYAN ANTHONY | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| VS. | ) |
| | ) |
| KENTUCKY STATE POLICE, | ) |
| TROOPER BRANDON BROOKS, ET AL. | ) |
| | ) |
| DEFENDANTS | ) |

## MOTION TO WITHDRAW

\* \* \* \* \* \*

Come the undersigned, Thomas E. Clay, PSC, Garry R. Adams, and A. Pete Lay, and move this Court to enter an Order allowing them to withdraw as counsel for the Plaintiff in this action on the grounds that Plaintiff has told the undersigned that he no longer wishes to have the undersigned represent him. The undersigned do not make this motion for the purpose of delay.

Respectfully,

/s/Thomas E. Clay
THOMAS E. CLAY, P.S.C.
GARRY R. ADAMS
A. PETE LAY
CLAY DANIEL WALTON & ADAMS, PLC
462 S. Fourth Street, Suite 101
Louisville, KY 40202
(502) 561-2005
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 11th day of December, 2014, a copy of the foregoing Motion to Withdraw was filed electronically with the Clerk of the Court using the CM/ECF System which will send a note of electronic filing to all registered counsel.

    /s/ Thomas E. Clay, P.S.C.