FILED
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

15 MAR 30 PM 2:00

Case Number: 3:14-cv-00327-JGH
Document Number: 21

Kenneth Ryan Anthony
7114 Greenwich Road
Louisville, KY 40218

I Kenneth Ryan Anthony intend to move forward with my civil case. I am currently seeking new counsel is I'm not able too find new counsel I will proceed Pro-se.

Kenneth Anthony

March 30, 2015