# AFFIDAVIT OF TROOPER BRANDON BROOKS

I, Trooper Brandon Brooks, hereby certify that the following statements regarding the events that occurred on or about April 20th, 2013 are correct and true to the best of my recollection:

1. I was involved in the road checkpoint where Mr. Sean P. Booker's car was stopped.
2. Mr. Kenneth Anthony was the passenger in the vehicle.
3. I suspected Mr. Booker was driving under the influence of alcohol and performed various sobriety tests on him.
4. Mr. Booker failed the tests and was placed under arrest.
5. Mr. Booker was then placed in the back of my state police vehicle.
6. Mr. Anthony attempted to get in the car to move the vehicle but was told to get out of the road as he also appeared to be under the influence of alcohol.
7. Mr. Anthony was sitting on the side of the road waiting on another person to come pick him up when I left the scene with Mr. Booker.
8. The first I knew about an incident was when I heard statements being made on my police scanner from Troopers' still on the scene.
9. When we heard the reports on the police scanner Mr. Booker made the comment to me regarding Mr. Anthony: "Yeah he can get kind of wild when he drinks."
10. I had already left the scene when the alleged incident and arrest took place and have no first-hand knowledge of the alleged events.

_____            6/1/15
Trooper Brandon Brooks                              Date
Defendant

COMMONWEALTH OF KENTUCKY   )
COUNTY OF _____   )

Sworn to and subscribed to before me by Trooper Brandon Brooks, this 1st day of June, 2015.

My commission expires: March 2, 2019

_____ #529087
NOTARY PUBLIC, STATE AT LARGE

