*COMMONWEALTH OF KENTUCKY*

# UNIFORM CITATION

**COURT**

## OFFENDER/VIOLATOR

- **AGENCY:** KY STATE POLICE, POST 04
- **ORI:** KSP0400
- **NAME (LAST, FIRST, MI, FILIAL):** BOOKER, SEAN P.
- **EMERGENCY PHONE:** UNKNOWN
- **KENTUCKY RESIDENT STATUS:** ☑ F - FULL-TIME  ☐ P - PART-TIME  ☐ N - NON RESIDENT
- **ID TYPE:** OL  **ID STATE:** KY
- ☐ COMMERCIAL VEHICLE  ☐ PLACARDED HAZARDOUS VEHICLE
- **ETHNIC ORIGIN:** ☐ HISPANIC  ☐ NON HISPANIC
- **B.A. RESULTS:**
  - ☑ BREATH — PENDING
  - ☑ BLOOD — NOT REQUESTED
  - ☑ URINE — NOT REQUESTED
- **ALCOHOL/DRUG INVOLVEMENT:**
  - ☑ ALCOHOL
  - ☐ DRUGS
  - ☐ UNKNOWN

## DATE/TIME

| | VIOLATION DATE | VIOLATION TIME | EXACT LOCATION OF VIOLATION | MILES | DIRECTION | CITY | COUNTY |
|---|---|---|---|---|---|---|---|
| Violation | 04 20 2013 | 2:37AM | JOE PRATHER HWY | 5 | E | RADCLIFF | HARDIN |
| Arrest | 04 20 2013 | 2:37AM | JOE PRATHER HWY | 5 | E | RADCLIFF | HARDIN |

## CHARGES AND POST-ARREST COMPLAINT

| NUMBER | VIOLATION CODE | ASCF | STATUTE/ORD. | CHARGE(S) |
|---|---|---|---|---|
| 1 of 2 | 02108 | 0 | 189A.010(5A) | 1 |
| 2 of 2 | 00470 | 0 | 189.530(2) | 1 |

**POST-ARREST COMPLAINT**

Charge 1: OPER MTR VEHICLE U/INFLUENCE ALC/DRUGS/ETC. .08 - 1ST OFF
Charge 2: POSS OF OPEN ALC BEVERAGE CONT IN MOTOR VEH PROHIBITED

Above male traveling east on KY313, stopped at certified road check. On contact with operator I detected the strong odor of alcoholic beverage, eyes blood shot. On exiting vehicle Booker unsteady on feet. Stated he had a couple drinks earlier in the evening. HGN- LOSP, Dist & Sust nystagmus @ max dev & prior to 45 deg. +VGN. W&T- No HTT. OLS- LOBal x2. PBT- >.08. Implied consent read at HCDC. Waived atty. Submitted to breath test. WBT.

## COURT

- **COURT DATE:** ARRESTED
- ☐ PAYABLE  ☑ COURT
- **COURT LOCATION:** HARDIN
- **TOTAL PREPAYABLE AMOUNT:** NOT PREPAYABLE
- **YEAR:** 13
- **CONTROL NUMBER:** BK26063
- **TYPE:** 2

## CASE

- ☐ CARRIED FOR UCR BY OTHER AGENCY
- **OFFICER SIGNATURE:** BROOKS, B.
- **BADGE/I.D. NUMBER:** 415
- **ASSIGNMENT:** 04
- ☐ IN-CAR VIDEO
- ☐ FINGERPRINTS
- ☐ PHOTOS
- ☐ EVIDENCE HELD