UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
3:14-CV-00327-CRS

*Electronically filed*

**KENNETH RYAN ANTHONY**                                                              **PLAINTIFF**

**V.**

**BRANDON BROOKS, et al.**                                                            **DEFENDANTS**

**************************

**NOTICE OF FILING OF DEFENDANTS' FIRST SET OF INTERROGATORIES, REQUEST FOR ADMISSIONS, AND REQUEST FOR PRODUCTION OF DOCUMENTS**

Come now the Defendants, Michael Garyantes, Anthony Hardin and Bryan Washer, (hereinafter "the Defendants"), by counsel, and hereby give notice to the Court that they have on this day, June 17, 2015, sent Defendants' First Set of Interrogatories, Request for Admissions, and Request for Production of Documents to Plaintiff Kenneth Ryan Anthony via U.S. Mail.

.                                                          Respectfully submitted,

                                             McBRAYER, McGINNIS, LESLIE
                                                   & KIRKLAND, PLLC
                                             201 East Main Street, Suite 900
                                             Lexington, Kentucky 40507
                                             859-231-8780
                                             859-231-6518 facsimile

                                             /s/ Chris J. Gadansky
BY:                                     _____
                                             STEPHEN G. AMATO
                                             JASON S. MORGAN
                                             CHRIS J. GADANSKY
                               ATTORNEYS FOR DEFENDANTS
                               GARYANTES, HARDIN AND WASHER

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2015, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record

It is further hereby certified that a copy of the foregoing has this 17th day of June, 2015, been mailed to:

Kenneth Ryan Anthony
7114 Greenwich Road
Louisville, Kentucky  40218

BY: /s/ Chris J. Gadansky
_____
STEPHEN G. AMATO
JASON S. MORGAN
CHRIS J. GADANSKY
ATTORNEYS FOR DEFENDANTS
GARYANTES, HARDIN AND WASHER