UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3-14-CV-327-H

FILED
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

15 JUN 29 PM 4:04

KENNETH RYAN ANTHONY )
    Plaintiff, )
  )
Vs. )
  )
SERGEANT JEFFREY JENKINS, et al. )
    Defendants. )
  )

~~JOINT MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM~~

Motion For Extension of Time

I Kenneth Anthony, respectfully would like to ask for an extension of 20 days to respond to the joint motion for summary judgment and supporting memorandum. I believe I have a valid case that needs to be properly prepared and I will need additional time to do so.
   I am currently representing myself pro se because I have not retained counsel yet and need more time to do research. I would like to give myself and the court a clear understanding of the facts that exist in this case. I hold the court and laws of the United States in high regard and hope that I will be granted this extension so I can be fairly represented. Thank you

*Kenneth Anthony*
June 29, 2015